# AFFIDAVIT OF SERVICE

**District of Columbia**                                                                 **Usdc Court**

Case Number: 1:06CV01886

Plaintiff:
**DORATHA KLUGEL**

vs.

Defendant:
**LAWRENCE SMALL, SECRETARY SPECIAL AGENT GERALD ROY
TUCK HINES, DIRECTOR**

For:
WADE & BYRNES P.C.
616 North Washington St
Alexandria, VA  22314-1991

Received by ALLIANCE LEGAL SERVICES, INC. on the 10th day of November, 2006 at 8:59 am to be served on
**LAWRENCE M. SMALL, SECRETARY SMITHSONIAN INSTITUTION, VICTOR BUILDING, SUITE 1800, MRC 921-
WASHINGTON, DC 20013-7012, SERVED AT: 1000 JEFFERSON DRIVE, SW,  WASHINGTON DC 20024**

I, Paul B. Spalding, being duly sworn, depose and say that on the **13th day of November, 2006** at **12:30 pm, I:**

Delivered a true copy of the **Summons in a Civil Case and Complaint** to JULIANA CHANG, MANAGEMENT
SUPPORT ASSISTANT GENERAL COUNSEL who stated that they were authorized to accept for the witness in
their absence.

**Additional Information pertaining to this Service:**
11/13/2006 MR. SMALL IS NO LONGER AT VICTOR BUILDING, SUITE 1800, MRC 921, WASHINGTON DC,
SERVER WAS  REFERRED TO 1000 JEFFERSON DRIVE, SW, WASHINGTON DC FOR SERVICE ON MR.
SMALL
11/13/2006 DOCUMENTS SUBSERVED TO JULIANA CHANGE, AUTHORIZED TO ACCEPT SERVICE, WHO
PROVIDED HER TITLE AS:  MANAGEMENT SUPPORT ASSISTANT GENERAL COUNSEL.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.  I can edit this block to my area's standards
and have seven different declarations if need be.



**Paul B. Spalding**
Process Server

Subscribed and Sworn to before me on the 14th day
of November, 2006 by the affiant who is personally
known to me.

NOTARY PUBLIC

My Commission Expires 11/18/10

**ALLIANCE LEGAL SERVICES, INC.**
P.O. Box 523078
**Springfield, VA  22152**
(703) 644-8571

Our Job Serial Number: 2006001462

# UNITED STATES DISTRICT COURT

## District of Columbia



DORATHA KLUGEL

**SUMMONS IN A CIVIL CASE**

V.

LAWRENCE SMALL, Secretary
SPECIAL AGENT GERALD ROY
TUCK HINES, Director

CASE NUMBER  1:06CV01886

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 11/⬛³/2006

TO: (Name and address of Defendant)

Lawrence M. Small, Secretary
Smithsonian Institution
Victor Building, Suite 1800, MRC 921
Washington, D.C. 20013-7012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin Byrnes, Esquire
Wade & Byrnes, P.C.
616 N. Washington Street
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within _____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_~M. Higgins~_

(By) DEPUTY CLERK

**NOV 0 3 2006**

DATE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>11·13·06 |
| NAME OF SERVER *(PRINT)*<br>PAUL SPALDING | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See ADDiTiOnAL AFFiDAViT. DoCuments Sub Served to JULiANA ChANG, Authorized to Accept, title: MAnAgement Support Assistant General Counsel. Served AT 1000 Jefferson Drive, Sw, WAshington DC 20020

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11-13-06___
       Date

_____
*Signature of Server*

Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure