# UNITED STATES DISTRICT COURT
## District of Columbia



DORATHA KLUGEL

**SUMMONS IN A CIVIL CASE**

V.

LAWRENCE SMALL, Secretary
SPECIAL AGENT GERALD ROY
TUCK HINES, Director

CASE NUMBER   1:06CV01886

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 11/3/2006

TO: (Name and address of Defendant)

Special Agent Gerald Roy
Office of the Inspector General
Smithsonian Institution
750 9th Street, NW, Suite 4200
MRC 905
Washington, D.C. 20560-0905

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin Byrnes, Esquire
Wade & Byrnes, P.C.
616 N. Washington Street
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                NOV 0 3 2006
CLERK                                      DATE

_M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11-13-06 |
| NAME OF SERVER (PRINT) PAUL SPALDING | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 750 9th St. N.W. Suite 4200, MRC 905, Washington DC 20560-0905

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-13-06
                  Date

Signature of Server: /s/ Paul Spalding

Address of Server:
Alliance Legal Services, Inc.
P.O. Box 523078
Springfield, VA 22152

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.