UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DORATHA KLUGEL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LAWRENCE SMALL,** )<br>Secretary, Smithsonian Institution, *et al.*, )<br>)<br>Defendants. )<br>)<br>)  | Civil Action No.: 06-1886 |

## **PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michelle Johnson as counsel for defendants in the above-captioned case.

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　MICHELLE JOHNSON
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　555 4th St., N.W., Room E4212
　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　202-514-7139

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was served on the following via the Court's electronic case notification system:

> Kevin Byres, Esq.
> Wade & Byrnes, P.C.
> 616 N. Washington Street
> Alexandria, VA 22314

on this <u>28th</u> day of November, 2006.

/s/
MICHELLE JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C. 20530
202-514-7139