# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DORATHA KLUGEL**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.: 06-1886 (HHK)** |
| ) | |
| **LAWRENCE M. SMALL, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, through counsel,[1] respectfully move this Court for a two-week enlargement of time to file their response to Plaintiff's Complaint. In support of this motion, Defendants state the following:

1.      Plaintiff filed her Complaint in this Court on November 3, 2006. Service was perfected on the United States on November 13, 2006. In her Complaint, Plaintiff asserts claims alleging gender and disability discrimination, retaliation, invasion of privacy, and defamation. Plaintiff names as defendants Lawrence M. Small, Secretary of the Smithsonian Institution, as well as two employees of the Smithsonian Institution, Special Agent Gerald Roy and Tuck Hines, Director of the Smithsonian Environmental Research Center. Defendant's answer or response to the Complaint is due on or before January 12, 2007.

2.      The undersigned counsel has been in contact with the general counsel's office of the Smithsonian, as well as the Department of Justice, regarding obtaining representation

---

[1]The undersigned counsel is representing the individually-named defendants in the instant motion for the limited purpose of requesting this enlargement of time.

authority for the named individual defendants.  However, to date, this authority has not yet been authorized.

3.      In addition, due to demands in her other cases, the undersigned counsel needs additional time to investigate the facts underlying the complaint to determine Defendants' response.   Accordingly, Defendants seek a two-week extension of time, up to and including January 26, 2007, in which to answer or otherwise respond to Plaintiff's complaint.

4.      Pursuant to LCvR 7(m), counsel for Defendants contacted Plaintiff's counsel who stated that he consents to the relief sought herein.


Dated: January 9, 2007

                                        Respectfully submitted,

                                            /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                            /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #  434122
                                        Assistant United States Attorney


                                           /s/ Michelle N. Johnson
                                        MICHELLE N. JOHNSON, D.C. BAR # 491910
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W. – Room E4212
                                        Washington, D.C. 20530
                                        (202) 514-7139

                                        COUNSEL FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DORATHA KLUGEL**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Civil Action No.: 06-1886 (HHK)** |
| | ) |
| **LAWRENCE M. SMALL, et al.**, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

This matter having come before this Court on Defendants' Consent Motion for an

Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before

January 26, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
HENRY H. KENNEDY
United States District Court Judge