UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHA KLUGEL** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1886 (RJL) |
| | ) |
| **LAWRENCE M. SMALL, et al.** | ) |
|     **Defendant.** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2007, a CD ROM containing copies of Plaintiff's Exhibits 1 through 10 was directed to the Clerk of Court and to opposing counsel.

                                                                             Respectfully Submitted,
                                                                             DOROTHA KLUGEL
                                                                             By Counsel

WADE & BYRNES, P.C.

/s/ Kevin Byrnes
Kevin Byrnes, Esq.
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or mailed postage prepaid, this 12th day of February 2007 to:

Rudolph Contreras
Assistant United States Attorney
Civil Division
555 4th Street, N.W. – Room E4212
Washington DC  20530

Michele N. Johnson
Assistant United States Attorney
Civil Division
555 4th Street, N.W. – Room E4212
Washington DC  20530

/s/ Kevin Byrnes_____
Counsel