IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1886 (HHK) |
| ) | |
| CRISTIAN SAMPER, Acting ) | |
| Secretary, Smithsonian Institution, ) | |
| ) | |
| and ) | |
| ) | |
| the UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## THE PARTIES' JOINT MOTION FOR LEAVE TO SERVE THEIR INITIAL DISCLOSURES

Pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, the parties hereby file their joint motion for leave to serve their initial disclosures. In support of this motion, the parties state the following:

1. On December 19, 2007, this Court issued a scheduling order setting forth the deadlines applicable in this case. Consistent with the parties' request, the Court ordered that initial disclosures were to be served within 30 days from the date of the Court's order.

2. On January 18, 2007, counsel for defendants contacted plaintiff's counsel to indicate that defendants would require additional time to serve their initial disclosures. Plaintiff's counsel indicated his agreement and the parties agreed to serve initial disclosures at a later date. This agreement was made in defense counsel's belief that the Court need not be informed of this agreement pursuant to Rule 29 of the Federal Rules of Civil Procedure. See

Fed. R. Civ. P. 29 ("Unless otherwise directed by the court, the parties may by written stipulation . . . modify other procedures governing or limitations placed upon discovery . . . .").

3. Subsequently, as counsel for defendant was re-reviewing the Court's order, she discovered the provision in the Court's order that provides that "All dates in this scheduling order are firm, may not be altered by the parties, and absent truly exceptional and compelling circumstances, will not be altered by the court." Scheduling Order filed December 19, 2007, ¶ 6.

4. In addition, subsequent to defense counsel's initial request, agency counsel has had a family emergency requiring her to travel to California. Agency counsel has advised that she will be able to furnish the initial disclosures by January 30, 2008.

5. For these reasons, the parties are filing a motion for leave to serve their initial disclosures on January 30, 2008.

6. Good cause supports this motion. Counsel's failure to notify the Court prior to the deadline for service of initial disclosures was the result of excusable neglect. Defendant's counsel promptly contacted plaintiff's counsel, prior to the initial disclosure deadline, that an extension would be required. At the time, counsel believed such a request would not be brought to the Court's attention pursuant to Rule 29. However, upon discovering that the Court's order provides that no deadlines may be altered by the parties, the parties promptly filed this motion asking for leave to serve their initial disclosures beyond the date set forth in the Court's order.

7. Accordingly, counsel respectfully request that the Court grant this motion and permit them to serve their initial disclosures on or before January 30, 2008.

Dated: January 25, 2008

                            Respectfully submitted,

                              /s/ Jeffrey A. Taylor
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

                              /s/ Rudolph Contreras
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                              /s/ Michelle N. Johnson
                        MICHELLE N. JOHNSON, D.C. BAR # 491910
                        Assistant United States Attorney

                        United States Attorney's Office
                        Civil Division
                        555 4th Street, N.W. – Room E4212
                        Washington, D.C. 20530
                        (202) 514-7139

                        COUNSEL FOR DEFENDANTS


                              /s/ Kevin Brynes
                        KEVIN BYRNES, D.C. Bar # 480195
                        616 North Washington Street
                        Alexandria, VA 22314

                        COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CRISTIAN SAMPER, Acting )<br>Secretary, Smithsonian Institution, )<br>)<br>and )<br>)<br>the UNITED STATES OF AMERICA, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 06-1886 (HHK) |

### [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion for Leave to Serve Their Initial Disclosures, and it appearing that the grant of such motion would be in the interests of justice, it is hereby

**ORDERED** that the motion is **GRANTED**.  And it is further

**ORDERED** that the parties may serve their initial disclosures on or before January 30, 2008.

**SO ORDERED** on this _____ day of January, 2008.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE