# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DOROTHA KLUGEL** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1886 (RJL)** |
| | ) | |
| **LAWRENCE M. SMALL, et al.** | ) | |
| **Defendant.** | ) | |

## RULE 26(A) DISCLOSURES

Plaintiff Dorotha Klugel, hereby files her disclosures in accordance with F.R.C.P. 26(a)(1).

A.    The following parties are known to have discoverable information related to the disputed facts alleged in this proceeding.

1.    Ms. Shadella Davis, Office of Equal Employment and Minority Affairs, 750 9th Street; Suite 8100 MRC 921, Washington, DC 20560-0921.  Ms. Davis is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff.

2.    John E. Huerta, Esq., General Counsel, Office of General Counsel; Smithsonian Institution Building, Suite 302; PO Box 23286; Washington, DC 20026-3286.  Mr. Huerta is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff.

3.    Mark Gallagher, SERV Administrative Officer; 647 Contees Wharf Road, Edgewater, Maryland 21037-0028.  Mr. Gallagher is likely to possess information regarding the allegations regarding the conduct of SERC

employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff, and his direct involvement with the Plaintiff's mistreatment.

4.    Mark Haddon , SERC Education Director; 647 Contees Wharf Road • Edgewater, Maryland 21037-0028. Mr. Haddon is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff, and his direct involvement with the Plaintiff's mistreatment.

5.    Tuck Hines, Acting Director of SERC; 647 Contees Wharf Road,  Edgewater, Maryland 21037-0028. Mr. Hines is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff, and his direct involvement with the Plaintiff's mistreatment.

6.    Plaintiff Dorotha Klugel has knowledge of those facts alleged in the Complaint.

7.    Era L. Marshall, Director of Office of Equal Employment and Minority Affairs, Smithsonian Institution, PO Box 37012; Victor Building, Suite 1800, MRC 921; Washington DC  20013-7012; Mr. Marhsall is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff.

2

8.    Smithsonian Institution's Inspector General's Office.  This office is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff.

9.    Special Agent Jerry Roy ("S.A. Roy"). S.A. Roy is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff, and his involvement in this mistreatment.

10.    Ross Simmons, former Director of SERC; 647 Contees Wharf Road, Edgewater, Maryland 21037-0028. Mr. Simmons is likely to possess information regarding the allegations regarding the conduct of SERC employees and the Smithsonian Institution's Inspector General's Office with respect to the plaintiff.

11.    All witnesses identified on Defendant's disclosures.

    B.    Plaintiff is not in possession, custody and/or control of any documents other than those documents already produced to the Agency her and reserves the right to supplement this response upon commencement of discovery.

    C.    Plaintiff computes her damages to the maximum amount permitted by law. Including for all lost income, benefits, and/or other adverse impacts including emotional distress.  These damages are incurring and ongoing.  Moreover, it is unclear to the extent the Defendants may have breached their duties to the Plaintiff. Plaintiff is not in possession custody and/or control of any documents which

evidences a computation of any category of damages reserves the right to supplement

this response upon commencement of discovery.

    D.    Rule 26(a)(1)(D) is not applicable to this case.

    E.    The identification of expert witnesses will be forthcoming at a later date as

is required by this court's order.

                                       Respectfully Submitted,
                                       DOROTHA KLUGEL
                                       By Counsel

WADE & BYRNES, P.C.


/s/ Kevin Byrnes
Kevin Byrnes, Esq.
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was hand-delivered, faxed, emailed and/or mailed postage prepaid, this 31st day of January 2008 to:

    Rudolph Contreras
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W. – Room E4212
    Washington DC  20530

    Michele N. Johnson
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W. – Room E4212
    Washington DC  20530

                                         /s/ Kevin Byrnes
                                     Counsel