UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DORATHA KLUGEL,  )
      Plaintiff,  )
  )
v.  ) Civil Action No. 06-1886 (HHK)
  )
LAWRENCE M. SMALL, et. al.  )
      Defendants.  )

### NOTICE OF CHANGE OF ADDRESS AND FIRM

Would the Court and counsel please take notice that the counsel for Doratha Klugel has changed firms and that the new address and phone numbers are:

    Kevin Byrnes, Esq.
    Grad, Logan and Klewans, P.C.
    3141 Fairview Park Drive, Suite 350
    Falls Church, VA 22042
    Firm Telephone: 703-548-8400
    Direct Line:  703-535-5393
    Facsimile: 703-836-6289
    Email: kbyrnes@glklawyers.com

                                Respectfully submitted,

                                DORATHA KLUGEL
                                *Plaintiff by Counsel*

**GRAD, LOGAN & KLEWANS, P.C.**

    /s/ Kevin Byrnes
Kevin Byrnes, VSB #47623
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
703-548-8400 Phone
703-836-6289 Fax
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of February, 2008, a true copy of the foregoing Notice of Change of Address and Firm was delivered via electronic filing and facsimile to the Defendants, as follows:

Michelle Nicole Johnson
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4212
Washington, DC 20530
(202) 514-7139
(202) 514-7880 (fax)
*Counsel for Defendants*

                                            /s/ Kevin Byrnes
                                            Counsel