IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DORATHA KLUGEL**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06-1886 (HHK) |
| **LAWRENCE M. SMALL, et al.**, | ) |
| Defendants. | ) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for a three-week enlargement of time in which to file Defendants' motion for summary judgment, which is currently due June 18, 2008. The good cause for this motion is based on the fact that lead defense counsel in this case, Assistant U.S. Attorney Michelle Johnson, has had to be out of town due to the critical illness of a close family member. At present, the date of her return to the office is unknown.

Accordingly, Defendants request that this Court grant an extension of time for the filing of Defendants' motion for summary judgment, to and including July 9, 2008, in order to allow the time needed for AUSA Johnson to coordinate with agency representatives upon her return to the office and to complete defendants' motion in a thorough manner.

Plaintiff's counsel has graciously consented to this motion.

Dated: June 13, 2008

        Respectfully submitted,

          /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

          /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #  434122
        Assistant United States Attorney

       /s/ Michelle N. Johnson (by AUSA Braswell)
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DORATHA KLUGEL**, | ) |
| Plaintiff, | ) |
| v. | )  Civil Action No.: 06-1886 (HHK) |
| **LAWRENCE M. SMALL, et al.**, | ) |
| Defendants. | ) |

**ORDER**

This matter having come before this Court on Defendants' Consent Motion for an Enlargement of Time, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their motion for summary judgment on or before July 9, 2008.

**SO ORDERED** this ____ day of _____, 2008.

_____
HENRY H. KENNEDY
United States District Court Judge