UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1886 (HHK)<br>) |
| CRISTIAN SAMPER, Acting,<br>Secretary, Smithsonian Institution, et al.<br>    Defendants. | )<br>)<br>)<br>) |

## CONSENT MOTION TO EXTEND TIME TO ANSWER
## MOTION FOR SUMMARY JUDGMENT; MOTION TO COMPEL

Comes now the Plaintiff, Dorothy Klugel, by and through her counsel, and hereby requests that this Honorable Court extend the deadlines for Plaintiff to respond to Defendants' Motion to Compel and Defendants' Motion for Summary Judgment by one and two weeks, respectively.

As grounds for this Motion, Plaintiff states that Plaintiff's counsel is involved in several lawsuits before the U. S. District Court in the District Columbia, as well as state court actions in Fairfax County and Alexandria City. In addition, Plaintiff's counsel has several pending matters before various administrative bodies, including the Equal Employment Opportunity Commission and the Merit Systems Protection Board, all of which involve extensive discovery and pleading practice.

As a result of the above schedule and based on the sheer breadth by Defendants' Summary Judgment Motion, Plaintiff requests additional time to respond to Defendants' submissions.

Defendant counsel has graciously consented to the extension continuing a cordial practice by both parties to accommodate each other's personal and professional schedules.

No prejudice will result from granting these brief continuances.

Defendant's Motion to Compel was filed on July 10, 2008. Under the rules of this Court a response is due within eleven days unless leave of court is granted.

Defendant's Motion for Summary Judgment was filed on July 9, 2008. Under the rules of this Court a response is due within eleven days of submission unless leave of Court is granted.

Plaintiff respectfully requests that the Court allow Plaintiff until July 28, 2008, to answer the Motion to Compel.

Plaintiff respectfully requests that the Court allow Plaintiff until August 4, 2008, to respond to the Motion for Summary Judgment.

                                                Respectfully submitted,

                                                DORATHA KLUGEL
                                                By Counsel

GRAD, LOGAN and KLEWANS, P.C.

/s/ Kevin Byrnes
Kevin Byrnes, DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2008, a true copy of the foregoing Consent Motion to Extend Time to Answer Motion for Summary Judgment; Motion to Compel was delivered via electronic filing to the Defendants, as follows:

Michelle Nicole Johnson
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4212
Washington, DC 20530
Telephone: (202) 514-7139
Facsimile: (202) 514-8780
Email: Michelle.Johnson@usdoj.gov
*Counsel for Defendants*

                                                /s/ Kevin Byrnes
                                      Kevin Byrnes, DC Bar #480195
                                      GRAD, LOGAN and KLEWANS, P.C
                                      3141 Fairview Park Drive, Suite 350
                                      Falls Church, VA 22042
                                      Firm Telephone: 703-548-8400
                                      Direct Line: 703-535-5393
                                      Facsimile: 703-836-6289
                                      Email: kbyrnes@glklawyers.com
                                      *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL,<br>  Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1886 (HHK)<br>) |
| CRISTIAN SAMPER, Acting,<br>Secretary, Smithsonian Institution, et al.<br>  Defendants. | )<br>)<br>)<br>) |

**ORDER GRANTING CONSENT MOTION
TO EXTEND TIME TO ANSWER
MOTION FOR SUMMARY JUDGMENT; MOTION TO COMPEL**

Upon Consent Motion filed by the Plaintiff, the Court having considered the Motion, and there appearing sufficient cause therefor,

IT IS ORDERED that the Consent Motion is GRANTED. The Plaintiff shall have up to and including July 28, 2008, within which to file its answer to Defendant's Motion to Compel; and up to including August 4, 2008, within which to file its answer to Defendants' Motion for Summary Judgment.

               _____
               Henry H. Kennedy, Jr.
               United States District Judge