UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL,<br><br>        Plaintiff,<br><br>    v.<br><br>LAWRENCE M. SMALL,<br><br>        Defendants. | Civil Action 06-01886 (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE DEBORAH A. ROBINSON

It is this 29th day of July 2008, hereby,

**ORDERED** that the motion entitled DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO PRODUCE SIGNED MEDICAL RELEASES [#28], filed July 10, 2008, and any other discovery disputes that may arise in this case, are referred to United States Magistrate Judge Deborah A. Robinson for her determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, all filings in this case relevant to disputes referred to Magistrate Judge Robinson shall include the initials of the assigned Magistrate Judge, "DAR," in the caption next to the initials of the undersigned judge.  See LCvR 5.1(f).

                                                        Henry H. Kennedy, Jr.
                                                        United States District Judge