UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1886 (HHK)<br>) |
| CRISTIAN SAMPER, Acting,<br>Secretary, Smithsonian Institution, et al.<br>      Defendants. | )<br>)<br>)<br>) |

### JOINT CONSENT MOTION TO REQUEST EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANTS' REPLY BRIEF MOTION

Come now the parties to the above referenced action and request a brief extension of time to file Plaintiff's opposition to Defendants' Motion for Summary Judgment and for Defendants to reply to that opposition. As grounds for this motion, the parties state as follows:

This is a protracted employment discrimination, federal tort case arising out of the treatment and employment of Plaintiff Dorotha Klugel by the Smithsonian Environmental Research Center (SERC), a component of the Smithsonian Institution.

Discovery in this case has now been completed. On July 9, 2008, Defendants file a 43-page Motion for Summary Judgment, along with 25 separate exhibits.

Plaintiff's counsel, who has a heavy trial and arbitration schedule for the months of July and August, filed and obtained a continuance until August 4, 2008, to submit his opposition. Unfortunately for Plaintiff's counsel, several new matters emerged including the collapse of settlement negotiations in a protracted business dispute, a discover dispute in federal court and a prolonged EEOC matter. Plaintiff's counsel now requests, and

Defendants' counsel has graciously consented to, one additional week to file the opposition.

Defendants' counsel also seeks a continuance to file her reply brief until August 25, 2008. This continuance is necessitated by a tragic death in Defendants' counsel's family. Plaintiff's counsel has graciously consented to providing Defendants' counsel ample time to attend to family matters and to submit her reply at a time that will allow Defendants' counsel the ability to do so.

Neither side will be prejudiced by these continuances. Trial has not yet been set, motions could have an outcome determinative impact on the case, and the need for additional time is understandable.

Plaintiff's counsel in no way wishes to equate his heavy and unexpected workload with a familial death and recognizes that he perhaps should have asked for three (rather than two) weeks in his original continuance request. Nevertheless, he respectfully seeks a delay of one additional week to respond to the dispositive motion filed by Defendants.

Wherefore, Plaintiff's counsel requests until August 11, 2008, to file his opposition; while Defendants' counsel requests until August 25, 2008, to file a reply.

Respectfully submitted,

DORATHA KLUGEL
By Counsel

GRAD, LOGAN and KLEWANS, P.C.

    /s/ Kevin Byrnes
Kevin Byrnes, DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2008, a true copy of the foregoing Joint Consent Motion to Request Extension of Time to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment and for Defendants' Reply Brief was delivered via electronic filing to the Defendants, as follows:

Michelle Nicole Johnson
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4212
Washington, DC 20530
Telephone: (202) 514-7139
Facsimile: (202) 514-8780
Email: Michelle.Johnson@usdoj.gov
*Counsel for Defendants*

    /s/ Kevin Byrnes
Kevin Byrnes, DC Bar #480195
GRAD, LOGAN and KLEWANS, P.C
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1886 (HHK)<br>) |
| CRISTIAN SAMPER, Acting,<br>Secretary, Smithsonian Institution, et al.<br>    Defendants. | )<br>)<br>)<br>) |

### ORDER GRANTING JOINT CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANTS TO FILE REPLY BRIEF

Upon Joint Consent Motion filed by the parties, the Court having considered the Motion, and there appearing sufficient cause therefor,

IT IS ORDERED that the Joint Consent Motion is GRANTED. The Plaintiff shall have up to and including August 11, 2008, within which to file its opposition to the Defendants' Motion for Summary Judgment; and Defendants shall have up to and including August 25, 2008, within which to file a reply to the opposition.

 

_____
Henry H. Kennedy, Jr.
United States District Judge