IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DORATHA KLUGEL**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1886 (HHK) (DAR) |
| ) | |
| **LAWRENCE M. SMALL, et al.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an enlargement of time, to and including August 15, 2008, in which to file Defendants' reply to plaintiffs' opposition to Defendants' motion to compel. The good cause for this motion is based on the fact that lead defense counsel in this case, Assistant U.S. Attorney Michelle Johnson, has to be out of town due to the death of a close family member. At present, the date of her return to the office is unknown.

Accordingly, Defendants request that this Court grant an extension of time for the filing of Defendants' reply to Plaintiff's opposition to Defendants' motion to compel, to and including August 15, 2008, in order to allow the time needed for AUSA Johnson to coordinate with agency representatives upon her return to the office and to complete Defendants' reply in a thorough manner.

Plaintiff's counsel has graciously consented to this motion.

Dated: July 30, 2008

                                        Respectfully submitted,

                                        /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                        /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

 /s/ Michelle N. Johnson (by AUSA Braswell)
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DORATHA KLUGEL**, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 06-1886 (HHK) (DAR) |
| **LAWRENCE M. SMALL, et al.**, | ) | |
| Defendants. | ) | |

**ORDER**

This matter having come before this Court on Defendants' Consent Motion for an Enlargement of Time, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their reply to Plaintiff's opposition to Defendants' motion to compel on or before August 15, 2008.

**SO ORDERED** this ____ day of _____, 2008.

_____
HENRY H. KENNEDY
United States District Court Judge