REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-H

| CAUSE OF ACTION: | 28:1346 Tort Claim | | | |
|---|---|---|---|---|
| CASE NO: 06-cv-01886 | DATE REFERRED: JULY 31, 2008  DISPOSITION DATE: | PURPOSE: REFERRAL OF MOTION TO COMPEL (DOC #28) | JUDGE: HENRY H. KENNEDY, JR | MAG. JUDGE DEBORAH A. ROBINSON |

| PLAINTIFF(S): DORATHA KLUGEL | DEFENDANT(S): LAWRENCE M. SMALL, et al. |
|---|---|

ENTRIES: