UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORATHA KLUGEL,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 06-1886 (HHK)<br>) |
| CRISTIAN SAMPER, Acting,<br>Secretary, Smithsonian Institution, et al.<br>      Defendants. | )<br>)<br>)<br>) |

## PLAINTIFF'S PRAECIPE TO CORRECT FILING ERROR

Comes now the Plaintiff Doratha Klugel, by counsel, and requests that Attachment #1 to Document Number 35 be removed, as it is a duplicate of the main document and was filed as an attachment in error. There are only nine (9) exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment, not ten (10).

                                                              Respectfully submitted,

                                                              DORATHA KLUGEL
                                                               By Counsel

GRAD, LOGAN and KLEWANS, P.C.

    /s/ Kevin Byrnes
Kevin Byrnes, DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2008, a true copy of the foregoing Plaintiff's Praecipe to Correct Filing Error was delivered via electronic filing to the Defendants, as follows:

Michelle Nicole Johnson
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4212
Washington, DC 20530
Telephone: (202) 514-7139
Facsimile: (202) 514-8780
Email: Michelle.Johnson@usdoj.gov
*Counsel for Defendants*

                                                /s/ Kevin Byrnes
                                    Kevin Byrnes, DC Bar #480195
                                      GRAD, LOGAN and KLEWANS, P.C
                                      3141 Fairview Park Drive, Suite 350
                                      Falls Church, VA 22042
                                      Firm Telephone: 703-548-8400
                                      Direct Line: 703-535-5393
                                      Facsimile: 703-836-6289
                                      Email: kbyrnes@glklawyers.com
                                      *Counsel for Plaintiff*